IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 23-cv-02986-RMR-STV

NATHAN FELDMAN, individually, and as Father and Next Friend on behalf of his two minor children, O.F. and N.F.,

    Plaintiffs,

v.

DENVER PUBLIC SCHOOLS,
KURT SIEBOLD,
KATHERINE DIAZ, and
CHRISTINA SYLVESTER,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States District Judge Regina M. Rodriguez on September 26, 2024 [ECF No. 43] it is ORDERED THAT

1. Plaintiff's Objection to the Recommendation is OVERRULED;

2. The Recommendation, [ECF No. 40] is ACCEPTED AND ADOPTED;

3. The Defendants' Motion to Dismiss, [ECF No. 34] is GRANTED;

4. Plaintiffs' First Claim for Relief is DISMISSED WITH PREJUDICE against all Defendants;

5. Plaintiffs' Second and Third Claims for Relief are DISMISSED WITHOUT PREJUDICE.

This case will be closed.

Dated at Denver, Colorado this 31st day of October, 2024.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                By:   s/K. Myhaver
                                      K. Myhaver
                                      Deputy Clerk